**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | Case No.: 15-cv-5264 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Sharon Johnson Coleman |
| | ) | Magistrate Judge Susan E. Cox |
| AMERICAN MICROMARKETS, INC., | ) | |
| doing business as | ) | |
| MARKOTS.COM, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff Scott Dolemba, by undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle. Because of the holidays and the press of other litigation, Plaintiff requests 45 days to finalize the settlement and to file the appropriate notice of dismissal.

Respectfully submitted,

/s/ Francis R. Greene
Francis R. Greene
*Counsel for Plaintiff Scott Dolemba*

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

I, Francis R. Greene, certify that on December 1, 2015, I caused a true and accurate copy of the foregoing document to be served, via email, on the following parties:

Joshua Briones
jbriones@blankrome.com

/s/ Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)